Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Ocala Division

# 31344-045 )

Shannon R. Thomas
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The Warden B.M. Antonelli
The United States F.B.O.P. (Defendants
                        See Attacted")
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. 5:22-CV-496- PGB-PRL
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     *Shannon R. Thomas*

All other names by which
you have been known:

ID Number     *31344-045*

Current Institution     *FCC USP #1 P.O. Box 1033*
Address

    *Coleman*        *FL.*     *33521*
         City           State       Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name     *Chisty Mattews*
Job or Title *(if known)*     *Nurse*
Shield Number
Employer     *United States of America, FBOP*
Address     *Coleman FL.*     *P.O. Box 1033*
    *Coleman*        *FL.*     *33521*
         City           State       Zip Code

[X] Individual capacity    [ ] Official capacity

Defendant No. 2

Name     *Michael Breman*
Job or Title *(if known)*     *Head Nurse*
Shield Number
Employer     *United States of America, FBOP*
Address                    *P.O. Box 1033*
    *Coleman*        *FL.*     *33521*
         City           State       Zip Code

[X] Individual capacity    [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name                            _Pappas_

    Job or Title *(if known)*    _P.A. Doctor_

    Shield Number

    Employer                 _United States of America FBOP_

    Address

                               _Coleman_      _FL_    _33521_

                                City         State    Zip Code

                      ☑ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name                            _Miss Cragile_

    Job or Title *(if known)*    _Nurse_

    Shield Number

    Employer                 _United States of America, FBOP_

    Address

                                 _Coleman_      _FL_    _33521_

                                City         State    Zip Code

                      ☑ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_8th Amendment Claim, not to be subjected to cruel unusual punishment._

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?  _8th Amendment Claim & 14th_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defindant Fail to provide reasonable care in the performance of their duty Amounting to gross negligence, reckless, or callous indifference and wanton behavior in violation of my Eight Amendment right and BOP. Clinical practice guidlines, Each defindant render Cruel unulsal punishment, medical care negligence, Medical Mal-practice, and deliberate indifferences by failing to evaluate me in a timely manner and give me pain medicine or the order by the M.O.D. (please see Attach Pg. 1 and 2 of Attachment A/B)

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*: Continue on back page →

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

It arose while in Special Housing Unit & General population at FCC U.S.P. #1 P.O. BOX 1033, Coleman, FL 33521. (Please see Attachment A&B, C&D)

Section D   page 4 of 11

Defendants Warden B.M. Antonelli, Dr. Lee, Christy Mattew (Nurse), (Head Nurse) Breman, (Nurse) Weather, (P.A.) Pappas, (Nurse) Fulcher, & (Nurse) Cragile. Acting outside the scope of their employment while under the color of federal law in their individual capacity pursuant to 28 U.S.L. § 1331, please see Exhibit (1&2 of 2B and 1-5 of Exhibit A) (And please see also Doctor orders Exhibit C pgs 1-8 and 11-16))

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Starting 12-11-2020 upon my return from hosipital intell now.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All is documented and you can see vicon Net Camera footage. please see Attachment A & B)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I receive scarring to the bodie, face & head with on & off headachs & migrains do to defendants negligence. I receive medical care by Docter Lee here do to a call-out I had to see him unrelated to the Claim I'm rasing while being seen I complained to Docter Lee about my irrepairable injuries and he took the last staple out of my head that tissue have grow over the other staples fell out and one staple I pulled out myself on 3-17-2021 At around three in the morning due to excruciating pain for being left in. Well my head was trying to heal.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff is requesting physical injuries $250,000, mental injuries $250,000., intentional Infliction of emotional distress $250,000., punitive damages $400,000., none-economical damages $350,000., past and future pain and suffering $300,000. Total sum $1,800,000.⁰⁰ All just and proper relief, including declaratory and injuative Relief As well as Maxium Benefits

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCC U.S.P. #1, P.O. BOX-1033, Coleman, FL 33521

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

I file it At Coleman(please see Attachment D·Exhibit's (D 00006))

2. What did you claim in your grievance?

(please see Attachment D Exhibit's

3. What was the result, if any? I've file all administrative remedy level BP-8, BP-9, BP-10, and BP-11 to central office and they receive it but rejected stating I didn't file to regional office which I file to regional office an receive on september 7, 2021 and the administrative level administration refused to process. See attachment's

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Same as in section 3 above.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

N/A

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The administration refused to process my administrative Remedy

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* (Please see Exhibits ⊗ D Attachments)

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)        *N/A*
    Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    *N/A*

3.  Docket or index number
    *N/A*

4.  Name of Judge assigned to your case
    *N/A*

5.  Approximate date of filing lawsuit
    *N/A*

6.  Is the case still pending?

    ☐ Yes                *N/A*

    ☐ No

    If no, give the approximate date of disposition.

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    *N/A*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____ N/A _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____ N/A _____

3.  Docket or index number

    _____ N/A _____

4.  Name of Judge assigned to your case

    _____ N/A _____

5.  Approximate date of filing lawsuit

    _____ N/A _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   10-20-2022

Signature of Plaintiff        Shannon R. Thomas
Printed Name of Plaintiff     Shannon R. Thomas
Prison Identification #        31344-045
Prison Address                 Federal Correctional Complex U.S.P. #2, P.O. BOX 1033
                               Coleman                FL          33521
                                        City          State       Zip Code

### B.   For Attorneys

Date of signing:                              N/A

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
                               _____
                                        City          State       Zip Code
Telephone Number              _____
E-mail Address                _____

I declare (certify, verify, or states) under the penalty of perjury 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge. Executed on Shannon R. Thomas

Date: 10-20-2022

Attachment

"All Defendant's"

1) The Warden B. M. Antonelli
At Coleman, FL, FCC U.S.P. #1

2) The United States of America F.B.O.P.

3) Nurse, Christy Matthew / Medical Offical

4) Head Nurse Mr. Berman ~~Breaman~~ / Medical Offical

5) P.A. Medical Mr. Pappas / Medical Offical

6) Nurse. Winther ~~Weathers~~ / Medical Offical

7) P.A. or Nurse Mr. Fulcher / Medical Offical

8) Nurse Ms. Cragile / Medical Offical

9) Dr. Lee physician / Medical Offical

All in their "Individual Capacity"
All played a role in Violation of my
8th & 14th Amendment As while as other
Crimes that Violated my Rights

Bivens Claim                    Exhibit A
Attachment

Defendant #1: The Warden B. M. Antonelli, his responsibilities, Authority, & duty is to enforce all employees to comply with medical protocal and procedures which he did not exercise. And by not doing his "Job" Warden B. M. Antonelli Aid the rest of the defendants in violating my 8th & 14th US. Constitutional Amendment Rights with other rights. and he Aid in making a medical Judement so bad it falls below professional medical standards. ~~while~~. Acting outside of the scope of this employment while acting under the color of federal law in his individual capacity pursuant to 28 U.S.C. § 1331.

Defendant #2: Nurse Christy Matthew, while on my return back om hospital to FCC U.S.P. #1, P.O. BOX 1033, Coleman, FL 33521, while being placed in a wholeing cage in Special Housing United to be striped out and check for contraband per F.B.O.P. policy. Where I will be placed in a SHU cell to serve my discipline time for being Assaulted by another inmate with a weapon that Prisons Officals /C.O.'s wrote up as an fight. Nurse Christy Matthew was on sheif ~~be~~ she looked over my wounds (please see FCC U.S.P. #1, Coleman, FL "SHU" vicon net camera footage on 12-10-2020 at 6:30 Am - 9:00 Am) to see how I was cared for by the hospital I'm guessing. She told me she will ~~be back~~ be bring me some pain medication and let me know when she will be taken my stitch's & staples out. While in my asigned cell in the SHU (Special Housing Unit) on 12-11-2020 the Next day I verbally talk to Nurse Christy Matthew giving her a copout about medication ~~o~~ for pain and when are they gone remove my stitches & staples and why she did not come back yesterday so I asked her why? She didnot entertain my question and said she will bring some back. I asked

1 of 6

her why I got to wait intell tomorrow she said
no I'm gone bring them right back or on my next
rounds. I asked for some oriement and thanked her
She left with my written copout complaint/Requ-
estor after She told me that my stitches will
be remove in seven days & staples remove in ten
days. The 12th and 13th I stayed in bed do to
too much pain I just put copouts in the cell
door that got tooking praying & hoping Medical
Officals will do their job which never hap-
pen. I caught Nurse Matthew acouple times
after that she feed me the same lie. On 12-24-
2020 I see Christy Matthew again she act like
she was tryen to dodge me when she walked
passed my cell door she natch my copout out
of the cell door and said I Know hold on Mr. Tho-
mas I know, you been cryen to everyone getting on
everybody nerves, and she went to give another
inmate some medication. She came back pass my
door in a rush. I hit the door And said whats you
say, hoping she repeat herself. She reply NO, NO,
catch me on my next round which acrouse acour
se was another lie

fendant #3: Nurse Winter Weathers, I talk to him on the 14th & 15th
of Dec of 2020. He informed me after tokking my
Coopout contents containing my complaints about
my wounds, pain and the need for pain medicatio
for my excruciating pain ect. Nurse Winters who
I been talking to. I told him Nurse Christy Matt-
hew have been talking to me and so far she been ly
ing to me and negligence in her duty to provide
Adequate medical care to me causing me to ex-

2-of 6

Bivens Claim  Exhibit A

Attachment

perience excruciating pain I told him this is
cruel & unsual punishment. Nurse breathere Winter
asure me that he will personally handle my
complaints. starting with some pain medication
he lied on both days. I seen him acouple
more times after that while. being in the SHU
for 30 days. I seen him when I get out of
Special Housing Unit he just said they sho-
uld of handle my affairs laughed at me and
kept on going by his business. All can be seen
on B-Range SHU camera footage and E-unit,

Defendant #4: Head Nurse Bremana, Berman on 12-18-20 I caught
Nurse Breaman and begged him for help and gave
him a copout for pain medication and when they
gone remove my stitches & staples. I express & expl-
ain that his staff been neglecting me and expe
lying and can he please help me. Breaman.
said he will make sure I receive pain medication
get my stitches removed & see about my staples.
He lied it never happen. I caught Breaman Berman
acouple more time one being 12-31-2020 again to
no avail, I told him that acouple of my stitches
on my shoulder came loose & out do to me wash-
ing up. I'm guessing. I showed it to him and
told him I be having severe headachs & if they
gone really leave me in here in the cell helpless &
hopeless suffering in excruciating pain and can I
please get some help & pain medicine and antibio-
tic cream to put on my woulds. Breaman Berman said be
be padient and left me to continue to suffer.
~~When/~~ I caught.
Berman ~~Breaman~~ again on the 1-8-2021 Im not gone lie

I wasn't to friendly this time cause I was in too much pain & and I was too mad by now I yelled for him to help me, he said you should of been helped by now he took my copout complaining about their lack of care & my pain & wounds then left. I seen ~~Breaman~~ German again when I got out of the "SHU" ~~out~~ different periods of time. I told him one time I still got staples in my head (my stitches fell out by now). He said quit playing and left me like I was lying even when I try to so him my head & scars. All can be seen on B-Range Camera footage and E-unit camera footage.

Defendant #5: P.A. Pappas, on 12-17-2020 & 1-6-2021 while I was in "SHU" for help thinking for sure he gone help me, him being a P.A. I wrong sadly wrong. Pappas lied to me and on 1-6-2021 told me after taking my copout ~~filled~~ filled with complaints and begging for help. Pappas told me "If you haven't been help by now you not gone get help thats what happen when you fight" and left me to cruel & unusal punishment. All can be seen on camera footage.

Defendant #6: Mr. Fulcher Nurse, I seen him on 12-20-2020 & 12-22-2020 both times he said he will "check" into it nothing came about his promises just lies. All can be seen on ~~Bo~~ B-Range camera footage.

Defendant #7: Nurse Ms. Cragile, she lied to me on 1-4-2021 & 1-10-2021. I told her how everybody been lying to me she act like she care told me she would be right back to take the rest of my stitchs out and take my staples out and give me pain med-

4 of 6

Bivens Claim

Attachment

ication, but she never came back. I seen her six days later on the 10th (1-10-21) and she took yet another copout of complaints from me and I asked her what happen she said everybody i's aware of my situation and in a nasty tone & way then rolled her eyes and left. All can be seen on Coleman, FL FCC U.S. P #1 Special Housing Unit BriRange Vicon Net Camera Footage.

Defendant #8: Dr. Lee, Who lie to me me when he said he would take care of my needs & complaints and make sure I be seen at a later time to be evaluated after he (Dr, Lee) removed my last staple from my head without treating my obvious injury needs. Dr. Lee my physician knew and was aware of my serious medical needs and did not act in a professional manner to treat my serious medical needs & complaints on +1-5-21 or after.

Defendant #9: The United States of America F.B.O.P.. For the hiring of these unprofessional employee's due to the preponderance of evidence not in the favor of the other 8 defendants nor as a Collective, amounting to negligence &

5 of 6

Violation of my 8th & 14th *U.S. Constitution* Amendments Rights. Res ipsa loquitor "it speaks for itself". The crime that is, that has been infringed upon the Plaintiff.

Exhibit A

**Month of December 2020 of 2021**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| NO. Clinical encouter as happen to see my sivlies sticks | OR Clinical encounter evulation  1 | Just lie to me They Keep tell me that they are aware of my situlation in they will getatoured to it  2 | They are all the medical Oticals I'm hold irs responiable re-  3 | 4 | 5 |
| 6 | 7 | 8 | incident  9 | hosipildel  10 | copouton This day about my wounds malt+w  11 | 12 |
| 13 | copout about my wounds 2 wounds lie  14 | Talk to med & got teamed weather lie -Sod copout  15 | 16 | Copout Samanted med Pencols Pappas lie  17 | 1 put in a copout for med about soap & stapples Head Nurse lie to me  18 | 19 |
| Talk to FUlcher he lie to me Co  20 | copout  21 | Fulcher lie to me  22 | copout michel Bremen lie to me  23 | Chisty matthews copout lie to me  24 | and Warden lie to me  25 | 1-1-2021  26 |
| 27 | 28 | 29 | 30 | Bremen copout lie to me  31 | Bis youngor nurse lie to me  1 | 2 |
| 2  | 3 MSscragile Gave Copout lie to me  3 4 | 5 Pappas Lie to me  | 6 lil Jamaca she lied to me  7 | I put in a copout for Records Bremen Lie to me warden lie to  8 | 9 |
| 10 | I gott of the SHU  11 | 12 | 13 | 14 | 15 | 16 |
| is ragile copout | | | | | | |

Bring's Club Exhibit B

# Attachment

When I came back from the hospital from being treated for my serious injuries multiple stab wounds one being to the middle back of the head. The Primary MD, Malek Hussein who conducted my procedure forward and gave instructions (please see hospital Rocord Attachment C) on what & how on Coleman FCC, USP#1 Medical PCP officals should care for my wounds. (please see Attachment C page Four) through 7 & 12-14) I was to be evaluted in 72hrs & I was to receive pain medication which neither one of the Dr. Malek Hussein instructions happen do to negligence and medical mal-practice, Medical care negligence and Rendering Crue&uel unvisal punishment and deliberate indifference by failling to evaluted me in 72hrs, give me pain medication, remove my stitches & staples in a timely manner "order by MD Malek Hussein & Medical Clinical Practice Guidlines and Community Standards. And by failling to d follow M.D. Malek Hussein & Medical Clinical Practice Guidlines and Community Standards my stab wounds to the body did not heal right and the stab wound to my head became infected and require addictual surgery that I still have not received and did not heal right I'm heaving migraine, headaches, that part of my head still hurt and I know it do not suppost to be still hurting. Health Services / Prison off Medical Officals denial of medical treatment intentionally interfer with Doctors orders. Their acts Constitute deliberat indifference and the unnecessary and wanton of infliction of pain, thereby rendering cru-

1 of 2

el & unusual punishment violating my Eighth Am-
endments Right. That ban's against cruel & unusual pu-
nishment, prohibits a prison offical's deliberate in-
difference to serious medical needs of prisoners "Est-
elle v. Gamble, 429 U.S. 97, 104, 97 S. Ct. 285, 50 ed.
2d 251 (1976). Prison Officals act with deliberate in-
difference by "Intentionally interfering with prescri-
bed Treatment". White v. Napoleon, 897 F. 2d 703, 109
(3d cir. 1990) "A medical need is serious... if it is
one that has been diagnosed by a physician as
requiring treatment" monmouth cty. Corr, In-
stitution Inmates v. Lanzaro, 834 F. 2d 347 (3d-
cir. 1987).

Failer to provide reasonable care in the performance
of their duty Amounted to gross negligence, recklessness
or callous indifference and wanton behavior in violat-
ion of my Eighth Amendment rights & 14th Amendment
rights. Defendants acting outside of the Scope of
their employment while acting under the color of fed-
eral law in their individual capacity pursuant to 28
U.S.C. 1331.

                    "Plaintiff Argument Move over"
More to  Complaint is All defendant's. Ignoring
obvious conditions, (2) Failing to provide treatment for dia-
gnosed conditions (3) Failing to investigate enough to make an
informed judgment, (4) Delaying treatment, (5) Interfering with
access to treatment, (6) Making a medical judgment or dicision
based on non-medical factors, (7) Making a medical judgment
so bad it falls below professional medical standards. All defend-
ant's subject and caused Plaintiff to the deprivation of his Eigh-
th and Fourteenth Amendments Constitutional rights, privileges,
immunities and laws causing Plaintiff injuries physical, mental, inten-
tional infliction of emotional distress, punitive, compensatory, past
and future pain and suffering an this date

Attachment Exhibit  C

Thomas Shannon
31344-045
Pen- 1 Coleman

**Leesburg Regional Medical Center**
600 East Dixie Avenue
Leesburg, FL 34748-

| | | | | |
|---|---|---|---|---|
| Patient: | **THOMAS, SHANNON** | | | |
| MRN: | LRMC000658484 | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | Admitting: | MALEK HUSSEIN,MD |
| Location: | LRMC ED | | | |

*Discharge Documentation*

*** Clinical Documentation Content on Following Page ***

Patient Name: THOMAS, SHANNON
Date of Birth: 5/12/1990

MRN: LRMC000658484
FIN: LRMC2034500008

* Discharge Instructions - Auth (Verified) *

Yes ~ Patient/Family/Caregiver demonstrates understanding of Instructions given

I, THOMAS, SHANNON, has been given the following list of patient education materials, prescriptions, and follow-up instructions and has verbalized understanding:
Laceration Care, Adult

| With: | Address: | When: |
|---|---|---|
| COLEMAN PCP | | Within 3 to 5 days |

*Verbal*
Patient (or Guardian) Signature 12/10/20 06:26:50

Provider Signature 12/10/20 06:26:50

FIN: LRMC2034500008

Patient: THOMAS, SHANNON
MRN:LRMC000658484

FIN: LRMC2034500008

7 of 7
12/10/2020 06:26:52

Facility: LRMC

Page 2 of 2

**Leesburg Regional Medical Center**

Patient Name:   THOMAS, SHANNON
MRN:            LRMC000658484                          Admit:       12/10/2020
FIN:            LRMC2034500008                         Disch:       12/10/2020
DOB/Age/Sex:    5/12/1990    30 years    Male          Admitting:   MALEK HUSSEIN,MD

## *Discharge Documentation*

Document Type:                                 Coding Summary
Service Date/Time:                             12/10/2020 06:53 EST
Result Status:                                 Auth (Verified)
Document Subject:                              Coding Summary
Sign Information:

CODING DATE: 12/15/2020          FINAL
Leesburg Regional Medical Center

DSCH STATUS:
COLEMAN

PAYOR:
HMO/PPO All

ADMIT DX:
S01.01XA    Laceration without foreign body of scalp, initial encounter

REASON FOR VISIT DX:
S01.00XA   Unspecified open wound of scalp, initial encounter

FINAL DX:
PRINCIPAL:
S01.01XA    Laceration without foreign body of scalp, initial encounter

SECONDARY:
S41.011A    Laceration without foreign body of right shoulder, initial encounter
S51.812A    Laceration without foreign body of left forearm, initial encounter
S01.311A    Laceration without foreign body of right ear, initial encounter
X99.9XXA    Assault by unspecified sharp object, initial encounter
Y92.149     Unspecified place in prison as the place of occurrence of the
            external cause
Z65.1       Imprisonment and other incarceration
Z88.0       Allergy status to penicillin

       PYMT
PROC APC  STAT DESCRIPTION          DOCTOR NAME       DATE

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | | |
| MRN: | LRMC000658484 | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990     30 years | Male | Admitting: | MALEK HUSSEIN,MD |

---

### *Discharge Documentation*

---

NOTE: The code number assigned matches the documented diagnosis and / or procedure in the patient's chart. However, the narrative phrase printed from the coding software may appear abbreviated, or result in slightly different terminology.

Coded By: Kindra  Strickland, Coder 3
Date Saved: 12/15/2020 06:22 pm

---

### *Emergency Documents*

---

| | |
|---|---|
| Document Type: | ED Patient Education Note |
| Service Date/Time: | 12/10/2020 06:53 EST |
| Result Status: | Modified |
| Document Subject: | ED Patient Education Note |
| Sign Information: | Jessica S Estrada Graziani,RN (12/10/2020 06:53 EST); MALEK HUSSEIN,MD (12/10/2020 06:26 EST); MALEK HUSSEIN,MD (12/10/2020 06:26 EST); MALEK HUSSEIN, MD (12/10/2020 06:26 EST) |

**ED Patient Education Note**

## Patient Education Instructions

Name:  THOMAS, SHANNON Current Date: 12/10/20 06:53:49
MRN: LRMC000658484    FIN: LRMC2034500008
The following sheet(s) are the Patient Education Leaflets for  THOMAS, SHANNON

Dermatology

# Laceration Care, Adult

A laceration is a cut that may go through all layers of the skin and into the tissue that is right under the skin. Some lacerations heal on their own. Others need to be closed with stitches (sutures), staples, skin adhesive strips, or skin glue. Proper care of a laceration reduces the risk for infection, helps the laceration heal better, and may prevent scarring.

### How to care for your laceration

Wash your hands with soap and water before touching your wound or changing your bandage (dressing). If soap and water are not available, use hand sanitizer.

Keep the wound clean and dry.

---

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | Admit: | 12/10/2020 |
| MRN: | LRMC000658484 | | Disch: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Admitting: | MALEK HUSSEIN,MD |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | | |

| *Emergency Documents* |
|---|

If you were given a dressing, you should change it at least once a day, or as told by your health care provider. You should also change it if it becomes wet or dirty.

**If sutures or staples were used:**

- Keep the wound completely dry for the first 24 hours, or as told by your health care provider. After that time, you may shower or bathe. However, make sure that the wound is not soaked in water until after the sutures or staples have been removed.
- Clean the wound once each day, or as told by your health care provider:
    - —46  Wash the wound with soap and water.
    - —46  Rinse the wound with water to remove all soap.
    - —46  Pat the wound dry with a clean towel. **Do not rub the wound.**
- After cleaning the wound, apply a thin layer of antibiotic ointment as told by your health care provider. This will help prevent infection and keep the dressing from sticking to the wound.
- Have the sutures or staples removed as told by your health care provider.

**If skin adhesive strips were used:**

- **Do not get the skin adhesive strips wet.** You may shower or bathe, but be careful to keep the wound dry.
- If the wound gets wet, pat it dry with a clean towel. **Do not rub the wound.**
- Skin adhesive strips fall off on their own. You may trim the strips as the wound heals. **Do not remove skin adhesive strips that are still stuck to the wound.** They will fall off in time.

**If skin glue was used:**

- Try to keep the wound dry, but you may briefly wet it in the shower or bath. **Do not soak the wound in water,** such as by swimming.
- After you have showered or bathed, gently pat the wound dry with a clean towel. **Do not rub the wound.**
- **Do not do any activities that will make you sweat heavily until the skin glue has fallen off on its own.**
- **Do not apply liquid, cream, or ointment medicine to the wound while the skin glue is in place.** Using those may loosen the film before the wound has healed.
- If a dressing is placed over the wound, be careful not to apply tape directly over the skin glue. Doing that may cause the glue to be pulled off before the wound has healed.
- **Do not pick at the glue.** Skin glue usually remains in place for 5–10 days and then falls off the skin.

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | | |
| MRN: | LRMC000658484 | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | Admitting: | MALEK HUSSEIN,MD |

*Emergency Documents*

**General instructions**



Normal wound    Infected wound

- Take over-the-counter and prescription medicines only as told by your health care provider.
- If you were prescribed an antibiotic medicine or ointment, take or apply it as told by your health care provider. **Do not** stop using it even if your condition improves.
- **Do not** scratch or pick at the wound.
- Check your wound every day for signs of infection. Watch for:
  - —46  Redness, swelling, or pain.
  - —46  Fluid, blood, or pus.
- Raise (elevate) the injured area above the level of your heart while you are sitting or lying down for the first 24–48 hours after the laceration is repaired.
- If directed, put ice on the affected area:
  - —46  Put ice in a plastic bag.
  - —46  Place a towel between your skin and the bag.
  - —46  Leave the ice on for 20 minutes, 2–3 times a day.
- Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if:

- You received a tetanus shot and you have swelling, severe pain, redness, or bleeding at the injection site.
- You have a fever.
- A wound that was closed breaks open.
- You notice a bad smell coming from your wound or your dressing.
- You notice something coming out of the wound, such as wood or glass.

---

Report Request ID:  30242786             Page 6 of 23        Print Date/Time:    12/16/2020 15:45 EST

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | | |
| MRN: | LRMC000658484 | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | Admitting: | MALEK HUSSEIN,MD |

### *Emergency Documents*

- Your pain is not controlled with medicine.
- You have increased redness, swelling, or pain at the site of your wound.
- You have fluid, blood, or pus coming from your wound.
- You need to change the dressing often due to fluid, blood, or pus that is draining from the wound.
- You develop a new rash.
- You develop numbness around the wound.

## Get help right away if:

- You develop severe swelling around the wound.
- Your pain suddenly increases and is severe.
- You develop painful lumps near the wound or on skin anywhere else on your body.
- You have a red streak going away from your wound.
- The wound is on your hand or foot and you cannot properly move a finger or toe.
- The wound is on your hand or foot, and you notice that your fingers or toes look pale or bluish.

## Summary

- A laceration is a cut that may go through all layers of the skin and into the tissue that is right under the skin.
- Some lacerations heal on their own. Others need to be closed with stitches (sutures), staples, skin adhesive strips, or skin glue.
- Proper care of a laceration reduces the risk of infection, helps the laceration heal better, and prevents scarring.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 01/07/2019 Document Reviewed: 01/07/2019
Elsevier Interactive Patient Education © 2020 Elsevier Inc.

**Leesburg Regional Medical Center**

| | | | |
|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | |
| MRN: | LRMC000658484 | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | Disch: | 12/10/2020 |
| DOB/Age/Sex: 5/12/1990   30 years | | Male | Admitting:  MALEK HUSSEIN,MD |

## *Emergency Documents*

Document Type:                     ED Clinical Summary
Service Date/Time:               12/10/2020 06:53 EST
Result Status:                        Modified
Document Subject:               ED Clinical Summary
Sign Information:                  Jessica S Estrada Graziani,RN (12/10/2020 06:53 EST);
                                            MALEK HUSSEIN,MD (12/10/2020 06:26 EST)

**ED Clinical Summary**



**Leesburg Regional Medical Center**
**600 East Dixie Avenue**
**Leesburg, FL, 34748**
**(352) 323-5762**
**Fax: (352) 323-5239**

## PERSON INFORMATION

**Name:** THOMAS, SHANNON         **Age:** 30 Years              **DOB:** 05/12/90
**Sex:** Male                                  **Language:** English       **PCP:** COLEMAN  PCP, MD
**Marital Status:** Unknown           **Phone:** (352) 689-6000  **Visit Type:** ER - Emergency Room
**MRN:** LRMC000658484             **Acct#** LRMC2034500008  **Arrival:** 12/10/20 01:45:00
**Visit Reason:** Arm stab wound    **Acuity:** 3  - Urgent        **LOS:** 000 05:08

**Address:**

PO BOX 1029 COLEMAN FL 33521

**Diagnosis:**

Multiple stab wounds

**Medications Administered:**

---

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | Admit: | 12/10/2020 |
| MRN: | LRMC000658484 | | Disch: | 12/10/2020 |
| FIN: | LRMC2034500008 | Male | Admitting: | MALEK HUSSEIN,MD |
| DOB/Age/Sex: | 5/12/1990   30 years | | | |

### Emergency Documents

| Medication | Dose | Route |
|---|---|---|
| HYDROcodone-acetaminophen | 1 tab | Oral |

**Radiology Orders:**

**CT Brain/Head w/o Contrast**
12/10/20 3:59:00 EST, Stat, Other (please specify), Reason: Head trauma, penetrating, No

**XR Chest 1 View Frontal** Chest pain, 12/10/20 3:59:00 EST, Stat, Reason: Penetrating trauma, No

**XR Forearm 2 Views Left**
Other (please specify), 12/10/20 4:00:00 EST, Stat, Reason: Penetrating trauma, No

**XR Shoulder Complete 2+ Views Right**
Pain (please specify), 12/10/20 3:59:00 EST, Stat, Reason: Penetrating trauma, No

**Laboratory Orders:**

**Lab and Rad:**

**Laboratory or Other Results This Visit** (last charted value for your 12/10/2020 visit)
No Laboratory or Other Results This Visit

**Procedures:**

**Procedures**
No Procedures Documented

**Medications:**

## PROVIDER INFORMATION

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Michael A De Jesus, RN | ED Nurse | 12/10/20 02:18:07 | |
| Jessica S Estrada Graziani, RN | ED Nurse | 12/10/20 02:25:08 | |
| MALEK HUSSEIN, MD | ED Provider | 12/10/20 02:31:33 | |

**Attending Physician:**

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | | |
| MRN: | LRMC000658484 | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | Admitting: | MALEK HUSSEIN,MD |

| *Emergency Documents* |
|---|

MALEK HUSSEIN, MD

**Admit Doc**

MALEK HUSSEIN, MD

**Consulting Doc**

## VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | | |
| Temp Temporal | | |
| Temp Intravascular | | |
| Temp Axillary | | |
| Temp Rectal | | |
| O2 Sat | 99 % | 99 % |
| Respiratory Rate | | |
| Peripheral Pulse Rate | | |
| Apical Heart Rate | | |
| Blood Pressure | / 84 mmHg | / 94 mmHg |

**Allergies**
    penicillin

**Immunizations**
    No Immunizations Documented This Visit

## DISCHARGE INFORMATION

Discharge Disposition: Jail

Discharge Location:

Discharge Date and Time:

ED Checkout Date and Time: 12/10/20 06:53:05

## DEPART REASON INCOMPLETE INFORMATION

**Problems**
    No Problems Documented

**Smoking Status**

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | Admit: | 12/10/2020 |
| MRN: | LRMC000658484 | | Disch: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Admitting: | MALEK HUSSEIN,MD |
| DOB/Age/Sex: | 5/12/1990  30 years | Male | | |

*Emergency Documents*

Never (less than 100 in lifetime)

## PATIENT EDUCATION INFORMATION

Instructions:

Laceration Care, Adult

Follow up:

**With:**                **Address:**                **When:**

COLEMAN PCP                                 Within 3 to 5 days

| | |
|---|---|
| Document Type: | ED Patient Summary |
| Service Date/Time: | 12/10/2020 06:53 EST |
| Result Status: | Modified |
| Document Subject: | ED Patient Summary |
| Sign Information: | Jessica S Estrada Graziani,RN (12/10/2020 06:53 EST);<br>MALEK HUSSEIN,MD (12/10/2020 06:26 EST) |

ED Patient Summary

# UFHealth
### UNIVERSITY OF FLORIDA HEALTH

**UF Health Leesburg Hospital**
**600 E Dixie Avenue**
**Leesburg, Fl 34748**
**(352) 323-5762**

### Discharge Instructions (Patient)

**Name:** THOMAS, SHANNON **Current Date:** 12/10/20 06:53:46

**Leesburg Regional Medical Center**

| | |
|---|---|
| Patient Name: THOMAS, SHANNON | |
| MRN: LRMC000658484 | Admit: 12/10/2020 |
| FIN: LRMC2034500008 | Disch: 12/10/2020 |
| DOB/Age/Sex: 5/12/1990   30 years   Male | Admitting: MALEK HUSSEIN,MD |

*Emergency Documents*

**Date of Birth:** 05/12/90    **MRN:** LRMC000658484    **FIN:** LRMC2034500008

**Reason for Visit:** Arm stab wound

**Diagnosis:** Multiple stab woundsMultiple stab wounds

**Visit Date:** 12/10/20 01:45:00

**Address:** PO BOX 1029 COLEMAN FL 33521

**Phone:** (352) 689-6000

**Primary Care Provider**

    **Name:** COLEMAN  PCP, MD

    **Phone:**

**Emergency Department Providers:**

**Primary Physician:**
HUSSEIN, MALEK


Comment

UF Health Central Florida Hospital would like to thank you for allowing us to assist you with your health care needs. The following instructions include patient education materials and information regarding your injury/illness.

Comment

THOMAS, SHANNON has been given the following list of follow-up prescriptions, instructions and patient education materials:

**Follow-up Instructions:**

| With: | Address: | When: |
|---|---|---|
| COLEMAN PCP | | Within 3 to 5 days |


**Patient Education Materials:**

---

| | | | |
|---|---|---|---|
| Report Request ID:  30242786 | Page 12 of 23 | Print Date/Time: | 12/16/2020 15:45 EST |

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | Admit: | 12/10/2020 |
| MRN: | LRMC000658484 | | Disch: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Admitting: | MALEK HUSSEIN,MD |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | | |

| *Emergency Documents* |
|---|

Laceration Care, Adult

# Laceration Care, Adult

A laceration is a cut that may go through all layers of the skin and into the tissue that is right under the skin. Some lacerations heal on their own. Others need to be closed with stitches (sutures), staples, skin adhesive strips, or skin glue. Proper care of a laceration reduces the risk for infection, helps the laceration heal better, and may prevent scarring.

## How to care for your laceration

Wash your hands with soap and water before touching your wound or changing your bandage (dressing). If soap and water are not available, use hand sanitizer.

Keep the wound clean and dry.

If you were given a dressing, you should change it at least once a day, or as told by your health care provider. You should also change it if it becomes wet or dirty.

**If sutures or staples were used:**

- Keep the wound completely dry for the first 24 hours, or as told by your health care provider. After that time, you may shower or bathe. However, make sure that the wound is not soaked in water until after the sutures or staples have been removed.
- Clean the wound once each day, or as told by your health care provider:
  - —46  Wash the wound with soap and water.
  - —46  Rinse the wound with water to remove all soap.
  - —46  Pat the wound dry with a clean towel. Do not rub the wound.
- After cleaning the wound, apply a thin layer of antibiotic ointment as told by your health care provider. This will help prevent infection and keep the dressing from sticking to the wound.
- Have the sutures or staples removed as told by your health care provider.

**If skin adhesive strips were used:**

- Do not get the skin adhesive strips wet. You may shower or bathe, but be careful to keep the wound dry.
- If the wound gets wet, pat it dry with a clean towel. Do not rub the wound.
- Skin adhesive strips fall off on their own. You may trim the strips as the wound heals. Do not remove skin adhesive strips that are still stuck to the wound. They will fall off in time.

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | Admit: | 12/10/2020 |
| MRN: | LRMC000658484 | | Disch: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Admitting: | MALEK HUSSEIN,MD |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | | |

*Emergency Documents*

**If skin glue was used:**

- Try to keep the wound dry, but you may briefly wet it in the shower or bath. **Do not** soak the wound in water, such as by swimming.
- After you have showered or bathed, gently pat the wound dry with a clean towel. **Do not** rub the wound.
- **Do not** do any activities that will make you sweat heavily until the skin glue has fallen off on its own.
- **Do not** apply liquid, cream, or ointment medicine to the wound while the skin glue is in place. Using those may loosen the film before the wound has healed.
- If a dressing is placed over the wound, be careful not to apply tape directly over the skin glue. Doing that may cause the glue to be pulled off before the wound has healed.
- **Do not** pick at the glue. Skin glue usually remains in place for 5–10 days and then falls off the skin.

**General instructions**



Normal wound     Infected wound

- Take over-the-counter and prescription medicines only as told by your health care provider.
- If you were prescribed an antibiotic medicine or ointment, take or apply it as told by your health care provider. **Do not** stop using it even if your condition improves.
- **Do not** scratch or pick at the wound.
- Check your wound every day for signs of infection. Watch for:
  - —46   Redness, swelling, or pain.
  - —46   Fluid, blood, or pus.
- Raise (elevate) the injured area above the level of your heart while you are sitting or lying down for the first 24–48 hours after the laceration is repaired.
- If directed, put ice on the affected area:

**Leesburg Regional Medical Center**

Patient Name:  THOMAS, SHANNON
MRN:          LRMC000658484
FIN:          LRMC2034500008
DOB/Age/Sex: 5/12/1990    30 years     Male

Admit:      12/10/2020
Disch:      12/10/2020
Admitting:  MALEK HUSSEIN,MD

| *Emergency Documents* |
|---|

—46  Put ice in a plastic bag.

—46  Place a towel between your skin and the bag.

—46  Leave the ice on for 20 minutes, 2–3 times a day.

- Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if:

- You received a tetanus shot and you have swelling, severe pain, redness, or bleeding at the injection site.
- You have a fever.
- A wound that was closed breaks open.
- You notice a bad smell coming from your wound or your dressing.
- You notice something coming out of the wound, such as wood or glass.
- Your pain is not controlled with medicine.
- You have increased redness, swelling, or pain at the site of your wound.
- You have fluid, blood, or pus coming from your wound.
- You need to change the dressing often due to fluid, blood, or pus that is draining from the wound.
- You develop a new rash.
- You develop numbness around the wound.

## Get help right away if:

- You develop severe swelling around the wound.
- Your pain suddenly increases and is severe.
- You develop painful lumps near the wound or on skin anywhere else on your body.
- You have a red streak going away from your wound.
- The wound is on your hand or foot and you cannot properly move a finger or toe.
- The wound is on your hand or foot, and you notice that your fingers or toes look pale or bluish.

## Summary

- A laceration is a cut that may go through all layers of the skin and into the tissue that is right under the skin.

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | | |
| MRN: | LRMC000658484 | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990    30 years | Male | Admitting: | MALEK HUSSEIN,MD |

*Emergency Documents*

- Some lacerations heal on their own. Others need to be closed with stitches (sutures), staples, skin adhesive strips, or skin glue.

Proper care of a laceration reduces the risk of infection, helps the laceration heal better, and prevents scarring.        *NOTE*

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 01/07/2019 Document Reviewed: 01/07/2019
Elsevier Interactive Patient Education © 2020 Elsevier Inc.

**Allergies:** penicillin

**Medication Information:**

UF Health Central Florida Hospital ED Physicians provided you with a complete list of medications post discharge. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Unless otherwise noted, please continue to take medications as prescribed prior to your Emergency Room visit. Any specific questions regarding your chronic medications and dosages should be discussed with your physician(s) and pharmacist.

**Major Tests:**

The following tests were preformed during your ED visit.

**Radiology Orders:**
**CT Brain/Head w/o Contrast**
12/10/20 3:59:00 EST, Stat, Other (please specify), Reason: Head trauma, penetrating, No

**XR Chest 1 View Frontal**
Chest pain, 12/10/20 3:59:00 EST, Stat, Reason: Penetrating trauma, No

**XR Forearm 2 Views Left**
Other (please specify), 12/10/20 4:00:00 EST, Stat, Reason: Penetrating trauma, No

**XR Shoulder Complete 2+ Views Right**
Pain (please specify), 12/10/20 3:59:00 EST, Stat, Reason: Penetrating trauma, No

**Laboratory Order:**

**Procedures Performed:**

---

**Leesburg Regional Medical Center**

Patient Name:   THOMAS, SHANNON
MRN:            LRMC000658484
FIN:            LRMC2034500008                    Admit:      12/10/2020
DOB/Age/Sex: 5/12/1990   30 years        Male      Disch:      12/10/2020
                                                   Admitting:  MALEK HUSSEIN,MD

---

*Emergency Documents*

**Procedures**
   No Procedures Documented


<u>Comment</u>

**PHR Instructions<**               *NOTE*

To access your Personal Health Record, a link to our Patient Portal will be sent to the email address
you provided to us upon admission.This email will arrive the day after you are discharged from the
hospital. This Patient Portal is an on-line tool which gives you secure access to your health records.
It's easy to get started and you can register at no cost. If you did not provide your email address to us
you can register by entering the following web address into your browser:
https://communicator.changehealthcare.com/

Yes - Patient/Family/Caregiver demonstrates understanding of instructions given

I, THOMAS, SHANNON, has been given the following list of patient education materials,
prescriptions, and follow up instructions and has verbalized understanding:
Laceration Care, Adult


**With:**                **Address:**                **When:**

COLEMAN PCP                                          Within 3 to 5
                                                     days


---
Patient (or Guardian) Signature 12/10/20 06:53:46

---
Provider Signature 12/10/20 06:53:46

FIN: LRMC2034500008

---

**Leesburg Regional Medical Center**

Patient Name:  THOMAS, SHANNON
MRN:  LRMC000658484
FIN:  LRMC2034500008                     Admit:     12/10/2020
                                         Disch:     12/10/2020
DOB/Age/Sex: 5/12/1990    30 years    Male    Admitting:  MALEK HUSSEIN,MD

| *Emergency Documents* |
|---|

Document Type:                          ED Triage Note
Service Date/Time:                      12/10/2020 02:08 EST
Result Status:                          Auth (Verified)
Document Subject:                       ED Triage Part 1 - Adult
Sign Information:                       Michael A De Jesus,RN (12/10/2020 02:08 EST)

**ED Triage Part 1 - Adult Entered On: 12/10/2020 2:12 EST**
**Performed On: 12/10/2020 2:08 EST by Michael A De Jesus, RN**

**ED Triage Part 1 - Adult**
*Chief Complaint :*  pt arrive ED c/o arm stab wound.
*Lynx Mode of Arrival :*  Police
*ID Risk Screen :*  Open
*ED Allergies/Med Hx Section :*  Document assessment
*Suspected Long Bone Injury :*  No
*Systolic Blood Pressure :*  153 mmHg (HI)
*Diastolic Blood Pressure :*  84 mmHg
*Peripheral Pulse Rate :*  72 bpm
*Respiratory Rate :*  20 br/min
*SpO2 :*  99 %
*Oxygen Therapy :*  Room air
*Pain Present :*  Yes actual or suspected pain
*Preferred Pain Tool :*  Numeric rating scale
*Pain, Inability to Self Report :*  N/A

                                        Michael A De Jesus, RN - 12/10/2020 2:08 EST

DCP GENERIC CODE
*Tracking Acuity :*  3 - Urgent
*Tracking Group :*  LRMC ED Tracking Group

                                        Michael A De Jesus, RN - 12/10/2020 2:08 EST

*Weight Dosing :*  105 kg(Converted to: 231 lb 8 oz)
*Height/Length Measured :*  177 cm(Converted to: 5 ft 10 in)
*Body Mass Index Dosing :*  33.52 kg/m2
*BSA Dosing :*  2.27 m2

                                        Michael A De Jesus, RN - 12/10/2020 2:08 EST
                                               (As Of: 12/10/2020 02:12:25 EST)

Diagnoses(Active)
Arm stab wound              *Date:*  12/10/2020 ; *Diagnosis Type:*  Reason For Visit ;
                            *Confirmation:*  Complaint of ; *Clinical Dx:*  Arm stab wound ;
                            *Classification:*  Medical ; *Clinical Service:*  Non-Specified ;
                            *Code:*  PNED ; *Probability:*  0 ; *Diagnosis Code:*
                            90DA9423-3C4B-4616-9ADE-825F9A621BAF

**Pain Assessment Adult**
*Pain Location :*  Arm

---

Report Request ID:  30242786        Page 18 of 23        Print Date/Time:  12/16/2020 15:45 EST

**Leesburg Regional Medical Center**

Patient Name:  THOMAS, SHANNON
MRN:          LRMC000658484
FIN:          LRMC2034500008
DOB/Age/Sex: 5/12/1990   30 years      Male

Admit:      12/10/2020
Disch:      12/10/2020
Admitting:  MALEK HUSSEIN,MD

| *Emergency Documents* |
| --- |

*Numeric Pain Scale :* 7
*Numeric Pain Score :* 7

Michael A De Jesus, RN - 12/10/2020 2:08 EST

**ED Triage Allergies/Meds**

(As Of: 12/10/2020 02:12:25 EST)

Allergies (Active)
penicillin

*Estimated Onset Date:* Unspecified ; *Created By:* Michael A
De Jesus, RN; *Reaction Status:* Active ; *Category:* Drug ;
*Substance:* penicillin ; *Type:* Allergy ; *Updated By:* Michael A
De Jesus, RN; *Reviewed Date:* 12/10/2020 2:10 EST

Medication List

(As Of: 12/10/2020 02:12:25 EST)

**ID Risk Screen ED**
*Recent Travel History :* No recent travel
*Other Exposure To Infectious Disease :* Unknown

Michael A De Jesus, RN - 12/10/2020 2:08 EST

*Electronically Signed on 12/10/20 02:08 AM*

*Michael A De Jesus, RN*

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

ED Triage Note
12/10/2020 02:08 EST
Auth (Verified)
ED Triage Part 2 - Adult
Michael A De Jesus,RN (12/10/2020 02:08 EST)

**ED Triage Part 2 - Adult Entered On:  12/10/2020 2:13 EST**
**Performed On:  12/10/2020 2:08 EST by Michael A De Jesus, RN**

**General Assessment**
*Document Falls Risk :* Not a fall risk
*Domestic Concerns :* None
*Document Suicidal Ideation :* Open Suicidal Ideation
*Document Social History :* Open social history

Michael A De Jesus, RN - 12/10/2020 2:08 EST

MDRO History/Risk Factors
*Fever :* No
*Diarrhea :* No
*Headache :* No
*Photophobia :* No

**Leesburg Regional Medical Center**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | | | |
| MRN: | LRMC000658484 | | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990 | 30 years | Male | Admitting: | MALEK HUSSEIN,MD |

## *Emergency Documents*

*Illness With Generalized Rash :*  No
*New or Worsening Cough :*  No
*Recent Exposure to Communicable Disease :*  No
*History of MDRO :*  No
*History of CRE :*  No
*Immunocompromised :*  No

Michael A De Jesus, RN - 12/10/2020 2:08 EST

*Pregnancy Status :*  N/A
*ED Menstrual History :*  N/A
*Languages :*  English

Michael A De Jesus, RN - 12/10/2020 2:08 EST

**Social History**
Social History

(As Of: 12/10/2020 02:13:06 EST)

Tobacco:

Smoking tobacco use: Never (less than 100 in lifetime).  (Last
Updated: 12/10/2020 02:12:53 EST by Michael A De Jesus, RN)

Electronic Cigarette/Vaping:

Never Electronic Cigarette Use:.  (Last Updated: 12/10/2020
02:12:58 EST by Michael A De Jesus, RN)

**CSSRS**
*CSSRS Past Month Wish to be Dead :*  Past month, no
*CSSRS Past Month Suicidal Thoughts :*  Past month, no
*CSSRS Lifetime Actual Suicide Attempt :*  Lifetime, no
*CSSRS Severity Rating :*  0

Michael A De Jesus, RN - 12/10/2020 2:08 EST

*Electronically Signed on 12/10/20 02:08 AM*

*Michael A De Jesus, RN*

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | | |
| MRN: | LRMC000658484 | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | Admitting: | MALEK HUSSEIN,MD |

### Diagnostic Radiology

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-20-0094798 | 12/10/2020 04:32 EST | XR Forearm 2 Views Left | MALEK HUSSEIN,MD | 30 years |

**Report**
PATIENT:  THOMAS, SHANNON

DATE:   12/10/2020 at 5:35

PROCEDURE:    XR LEFT FOREARM (TWO VIEWS)

COMPARISON:    Leesburg Regional Medical Center, XRA, XR SHOULDER
COMPLETE 2+ VIEWS RIGHT, 12/10/2020, 5:32.

INDICATIONS:   LT ARM PAIN, PENETRATING TRAUMA

FINDINGS:   Two views of the forearm were submitted for
interpretation.

Bones:  Unremarkable.
Joints:  Unremarkable.
Soft tissue:  No definite subcutaneous gas.

IMPRESSION:   No fracture, subluxation or subcutaneous emphysema.


Pairoj S. Chang, M.D.
Dictated by: Pairoj S. Chang, M.D. on 12/10/2020 at 8:50
Electronically signed  on 12/10/2020 at 8:51
***** Final *****

Dictated by:  PAIROJ S CHANG, MD
Dictated DT/TM: 12/10/2020 8:51 am
Signed by: PAIROJ S CHANG, MD
Signed (Electronic Signature): 12/10/2020 8:51 am
Transcribed by: PSC

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-20-0094797 | 12/10/2020 04:32 EST | XR Chest 1 View Frontal | MALEK HUSSEIN,MD | 30 years |

**Report**
PATIENT:  THOMAS, SHANNON

DATE:   12/10/2020 at 5:31

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | | |
| MRN: | LRMC000658484 | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | Admitting: | MALEK HUSSEIN,MD |

---

### *Diagnostic Radiology*

**Report**
PROCEDURE:     XR CHEST, FRONTAL (ONE VIEW)

COMPARISON:     None.

INDICATIONS:   CHEST PAIN, PENETRATING TRAUMA

FINDINGS:   One view of the chest was submitted for interpretation.

Lungs:   Unremarkable.
Pleura:   Unremarkable.
Heart:   Unremarkable.
Aorta:   No calcified plaque.
Hardware:   None.

IMPRESSION:   No acute cardiopulmonary or pleural disease.  No subcutaneous emphysema is seen.

Pairoj S. Chang, M.D.
Dictated by: Pairoj S. Chang, M.D. on 12/10/2020 at 8:48
Electronically signed on 12/10/2020 at 8:49

***** *Final* *****

*Dictated by:  PAIROJ S CHANG, MD*
*Dictated DT/TM: 12/10/2020 8:49 am*
*Signed by:  PAIROJ S CHANG, MD*
*Signed (Electronic Signature): 12/10/2020 8:49 am*
*Transcribed by: PSC*

---

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| XR-20-0094796 | 12/10/2020 04:31 EST | XR Shoulder Complete 2+ Views Right | MALEK HUSSEIN,MD | 30 years |

**Report**
PATIENT:  THOMAS, SHANNON

DATE:  12/10/2020 at 5:32

PROCEDURE:     XR RIGHT SHOULDER (THREE VIEWS)

COMPARISON:   Leesburg Regional Medical Center, XRA, XR FOREARM 2 VIEWS LEFT, 12/10/2020, 5:35.

INDICATIONS:   RT SHOULDER PAIN

---

**Leesburg Regional Medical Center**

| | | | | |
|---|---|---|---|---|
| Patient Name: | THOMAS, SHANNON | | | |
| MRN: | LRMC000658484 | | Admit: | 12/10/2020 |
| FIN: | LRMC2034500008 | | Disch: | 12/10/2020 |
| DOB/Age/Sex: | 5/12/1990   30 years | Male | Admitting: | MALEK HUSSEIN,MD |

| *Diagnostic Radiology* |
|---|

**Report**

FINDINGS:   Three views of the shoulder were submitted for interpretation.

Bones:  Unremarkable.
Joints: Unremarkable.
Soft tissue:  Unremarkable.

IMPRESSION:   No fracture or subluxation.

Pairoj S. Chang, M.D.
Dictated by: Pairoj S. Chang, M.D. on 12/10/2020 at 8:49
Electronically signed  on 12/10/2020 at 8:50

***** *Final* *****

*Dictated by:   PAIROJ S CHANG, MD*
*Dictated DT/TM: 12/10/2020 8:50 am*
*Signed by:  PAIROJ S CHANG, MD*
*Signed (Electronic Signature):  12/10/2020 8:50 am*
*Transcribed by: PSC*

---

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name: THOMAS, SHANNON R | Reg #: 31344-045 |
| Date of Birth: 05/12/1990 | Sex: M  Race: BLACK    Facility: COP |
| Encounter Date: 12/09/2020 23:57 | Provider: Charles, Deshon RN    Unit: Z01 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY 1**    **Provider:** Charles, Deshon RN

**Date of Injury:** 12/09/2020 22:45    **Date Reported for Treatment:** 12/09/2020 23:10

**Work Related:** No    **Work Assignment:** UNASSG/AD

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**Where Did Injury Happen (Be specific as to location):**

J-Housing Unit

**Cause of Injury (Inmate's Statement of how injury occurred):**

" I don't know what happened."

**Symptoms (as reported by inmate):**

Acknowledged wound to left forearm.


**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/09/2020 | 23:58 COX | 101 | Via Machine | | Charles, Deshon RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/09/2020 | 23:58 COX | 18 | Charles, Deshon RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/09/2020 | 23:58 COX | 133/87 | Right Arm | Standing | Adult-large | Charles, Deshon RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/09/2020 | 23:58 COX | 97 | Room Air | Charles, Deshon RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Skin**

**Wound**

Yes: Wounds present

**Trauma**

Yes: Laceration, Abrasion

| | | |
|---|---|---|
| Inmate Name: THOMAS, SHANNON R | | Reg #: 31344-045 |
| Date of Birth: 05/12/1990 | Sex: M Race: BLACK | Facility: COP |
| Encounter Date: 12/09/2020 23:57 | Provider: Charles, Deshon RN | Unit: Z01 |

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

No: Respiratory Distress

## ASSESSMENT:

Laceration(s)

Patient witnessed fighting with cellmate in cell and involved in use of force with OC spray dispersed. Patient decontaminated. Has no c/o chest pain dizziness, N/V or LOC. Patient presents with multiple lacerations. 3-4 wounds less than 1 cm in size located on left side of face, one laceration anterior to right ear at least 2 to 3cm in length and open (unable to completely assess size/area due to thickness of hair), One laceration approximately 3 cm in size located on right shoulder (open and unable to treat with sterri strips), One laceration to right chest < 1cm, Uneven open lacerations located on left forearm approximately 5 to 6 cm in size in one area. Superficial abrasions located on left knee. Patient states he doesn't know what happened to cause these wounds but denies LOC. Patient is A&O x 3. Wound sites cleansed, antibiotic ointment placed on facial wounds and left open to area, gauze dressings placed on other lacerations. Moderate bleeding noted from wound sites. Vital signs stable. MD made aware of patient's status. Patient will be sent to local hospital for treatment of lacerations via government vehicle per MD. Operations Lieutenant made aware.

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 12/10/2020 | 12/10/2020 | Urgent | No | |

Subtype:

Emergency Room

Reason for Request:

Patient will be sent to local hospital for treatment/sutures, for lacerations. Patient involved in a fight with a weapon.

### Disposition:

Transfer to Local Hospital

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/10/2020 | Not Done | | Charles, Deshon | No Participation |

Copay Required: No    Cosign Required: Yes

Telephone/Verbal Order: Yes    By: Bonnet-Engebretson, Leonor MD

Telephone or Verbal order read back and verified.

Completed by Charles, Deshon RN on 12/10/2020 00:36

Requested to be cosigned by Bonnet-Engebretson, Leonor MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | THOMAS, SHANNON R | | | Reg #: | 31344-045 |
|---|---|---|---|---|---|
| Date of Birth: | 05/12/1990 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/09/2020 23:57 | Provider: | Charles, Deshon RN | Facility: | COP |

**Cosigned by Bonnet-Engebretson, Leonor MD on 12/21/2020 14:31.**

.

Attachment
Exhibit D

E

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

# Cole-
man

From: **Thomas, Shannon R**      **31344-045**      **E**      **FCC USP1**
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

### Part A– INMATE REQUEST

Medical failed to properly treat my injuries and as a resolute
I receive Headachs and my head got infected and Kept bleeding
off and on with plus. Medical Failed to respond to my sickcalls and
and copouts over a ☒ four month time spread 12-11-2020 to 4-5-2021
Prison Medical Officals Kelp telling me while I was in the SHU that they are
aware of my situation in they will get around to it. And from 1-12-2021 they
"Prison Medical Offical" didn't respond to my cry for help through Sickcalls and CopOuts & Face
to face incounters intell Finally 4-5-2021. Rendering Cruel and unusal punishment med-
ical care, Medical care negligence, Medical Mal-pratice, and deliberate indifference
By failling to evaluate me in 72 hrs, give me pain Medicine, and remove my stitchs from
Face & body & Staples from head in a timely manner order by Doctor & Medical clinical pra-
tic guidlines. I will like $300,000 & medical
Offical punish for Tac
Niggleching thier Duties

**4-18-2021**          *Shannon Thomas*
DATE                    SIGNATURE OF REQUESTER

### Part B– RESPONSE

See attached response

Rcvd 5-26-21

_____          _____
DATE                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 1082706-F1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                        CASE NUMBER: _____

### Part C– RECEIPT

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____          ⟲              _____
DATE            PRINTED ON RECYCLED PAPER      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Thomas, Shannon, R     31344-045     D     N FCC USP
_____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

Medical failed to properly treat my injuries and as a result I
I receive headaches and my head got infected and kept bleeding
off and on with plus. Medical failed to respond to my sickcalls and
and copouts over a four month time spread now that the
Prison medical officals kelp telling me while I was in the SHU that they are
aware of my situation in the SHU will get araround to it. And from 1-12-2021 they
Prison medical offical didn't respond to my cry for help through sickcalls and copouts & face
to face incounters inted finally 4-5 Rendering cruel and unusal punishment med-
ical care, medical care negligence, medical mal-pratice, and deliberate indifference.
By failing to evaluate me in 72hrs, give me pain medicine, and remove my stitchs from
face & body & staples from head in a timely manner order by Doctor & medical clinical pra-
tic Guidlines. I will like $300,000 & medical
Offical punish for                                    Shannon Thomas
_____
4-18-2021
DATE                                                   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See attached response

Rcvd 5-26-21

_____                    _____
DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE                 CASE NUMBER: 1082706-F1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                    _____
DATE            PRINTED ON RECYCLED PAPER     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                            BP-2
                                                                   APRIL

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Thomas Shannon R    31344-045    N FCC USP
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

Medical failed to properly treat my injuries and as a result I [illegible] I recerved tooth gash [illegible] and time/work [illegible] on [illegible] grip [illegible] and kept blurshing and Copouts over a four month + [illegible] sick calls and Paramedical officals kep telling me while I was in the SHU that they are aware of my situation [illegible] And them 1-12-2021 to future in councilors intell finally 4- [illegible] . Rendering Cruel and Unusal punishment in [illegible] ical care, Medical care negligence, Medical mal-pratice, and deliberate indifference. By failing to evaluate me in 72hrs, give me pain medicine, and remove my stitches from face & body & staples from head in a timely manner order by Doctor & Medical clinical pra- tic guidlines. I will like $300,000 & medica-

4-18-2021
DATE              Official punish [illegible]      Shannon Thomas      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See attached response

recvd 5-26-21

_____                   _____
DATE                                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**           CASE NUMBER: 108 2706-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                   _____
DATE                               RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

USP LVN

BP-229(13)
APRIL 1982

EXHIBIT

Institution Response to Administrative Remedy
United States Penitentiary - 1, Coleman
Coleman, Florida

Administrative Remedy Number: 1082706-F1                Date Received: May 26, 2021

This is in response to your Request for Administrative Remedy 1082706-F1, in which you allege cruel and unusual punishment and medical negligence. Specifically, you claim Health Services failed to treat you for an injury that occurred on December 11, 2020. You state you have submitted multiple sick call requests; however, you never received a response. You state due to Health Services' failure to remove your staples and treat your injuries, you suffered from headaches, and infections.  You request three hundred thousand dollars and zero cents ($300,000.00).

An investigation into this matter was conducted and a thorough review of your Bureau Electronic Medical Record (BEMR) revealed on December 9, 2021, you were involved in a physical altercation. You were evaluated by a health services provider shortly after this altercation occurred. The Health Services Provider determined that due to the extent of your injuries, you would be transferred to an emergency room for further evaluation. You were transferred to the emergency room the same evening. You were discharged from the hospital on December 10, 2020. The principal finding was a laceration to the scalp. All other testing conducted, including a CT scan of the head was found to be normal. No further complaints were received from you regarding this issue. On April 5, 2021, you were evaluated by a staff physician. The physician noted that you complained of headaches and photophobia. The physician prescribed you medications to treat your headaches. No further correspondences have been received from you regarding this issue. In response to the complaints listed in this administrative remedy you will be scheduled for a sick call evaluation to determine if any further medical intervention is needed for your complaints. This encounter will take place in the near future.

In regards to your request for monetary compensation, monetary compensation cannot be sought through the Administrative Remedy Procedures, but may be sought through a tort claim.  If you wish to pursue this matter further, you must contact your unit team for a tort claim form.  Instructions for completion are described in Program Statement 1320.06, titled Federal Tort Claims Act.

If you have any further questions regarding this matter, you are encouraged to contact the Assistant Health Services Administrator for further assistance.

Accordingly, this response is provided for **Informational Purposes Only**.  If you are dissatisfied with this response, you may appeal by filing a BP-10 to the BUREAU OF PRISONS, SOUTHEAST REGIONAL OFFICE, ATTN: REGIONAL DIRECTOR, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, GA 30331-6226, within 20 calendar days from the date of this response.

B. M. Antonelli, Complex Warden                          Date

This response was delivered by my unit team on _____, 2021.

Inmate Signature                                         Staff Signature

"Evident against Their line"

1) I had to get stitches over my body, Face & Heads

2) The Assualt happen on my life on December 9, 2020.

3) Phyician Dr. Lee took out the last staple too On April 5, 2021.

4) I always give Nurses Cutouts for headaches & other pains.

5) I never been seen again after 4-5-2021 for my future sick call evaluation as they said would happen.

Exhibit D

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 9, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : SHANNON R THOMAS, 31344-045
      COLEMAN I USP     UNT: E/F     QTR: E01-121U
      P.O. BOX 1023
      COLEMAN,  FL 33521

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1082706-R1       REGIONAL APPEAL
DATE RECEIVED  : SEPTEMBER 7, 2021
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      : REQUESTS FOR MONETARY COMPENSATION
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REJECT REASON 2: PROVIDE STAFF VERIFICATION STATING REASON UNTIMELY FILING
                 WAS NOT YOUR FAULT.

REJECT REASON 3: YOU DID NOT PROVIDE A COPY OF YOUR  INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR  A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

U.S. Department of Justice

Federal Bureau of Prisons

*Exhibit D*

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Thomas, Shannon R          31344-G45          E          FCC USP#1 Coleman FL 33521
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** I did file a BP-9 before I filed this my last BP-10 You rejected it, Now as I said in my last BP-10 rejected filing. My demands was not met. Medical failed to properly treat my injuries and as a resolute I receive headachs and my head got infected and kept bleeding off and on with pus coming out. Medical failed to respond to my sickcalls & Cop Outs over a four month time span from 12-11-2020 to 4-5-2021. And I go family got seen only cause I had a call-out to see my Physician Dr. Lee who took on an extra tose by takingout my stables out my head, my stiches fell out do to washing up I'm guessing. Prison Medical Officals Kelp telling me while I was in the SHU that they are aware of my sitoation & they will get around to it. All is documented and can be seen on Camera from SHU from 12-11-2020 to my release from SHU on 1-11-2021 and I got it documented on my Calendar with Names of who I spoke to & gave my Medical Request too. And from 1-12-2021 they "Prison Medical Officals" didnt respond to my cry for help through sick calls & cop-outs & Face to Face incounters intell fainally 4-5-2021 as I stated above. Rendering Cruel and unuisual punishment Medical care, Medical care negligence, Medical Mal-pratice, and deliberate indifferences by failing to evaluate me in 72-hrs, give me pain medicine, and remove my stichts from Face, body & staples from head in a timely manner order by Doctor & Medical Clinical pratice guidlines. I will like $300,000 & Medical Officals involed to be punish to full exedeet extent for nisgleeting their duties. *Shennan Thenny*

8-24-2021          "A refile" from 7-14-2021          *Shennan Thenny*
DATE          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
SEP 7 2021
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

_____          REGIONAL DIRECTOR
DATE
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1082706-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN          PRINTED ON RECYCLED PAPER          BP-230(13)
JUNE 2002

Exhibit D

hcud 8-23-21
4B COP

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 29, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : SHANNON R THOMAS, 31344-045
      COLEMAN I USP    UNT: E/F    QTR: E01-121U
      P.O. BOX 1023
      COLEMAN,  FL 33521


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1089294-R1      REGIONAL APPEAL
DATE RECEIVED   : JULY 28, 2021
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

U.S. Department of Justice

Federal Bureau of Prisons

Exhibit D

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Thomas, Shannon, R    31344-045    E    FCC USP#1 Coleman FL 33521
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** My demands was not met. Medical Failed to properly treat my injuries and as a resolute I receive headachs and my head got infected and kept bleeding off and on with plus. Medical fail to respond to my sick calls & Cop Outs over a four month time spread 12-11-2020 to 4-5-2021 And that is only cause I had a call-out to see my Physician Dr Lee who took on an extra to see by taking out my stables out of my head my stiches fell out do to washing up I'm guessing: Prison Medical Officals Kelp telling me while I was in the SHU that they are aware of my situation & they will get around to it. And from 1-12-2021 they "Prison Medical Officals" didnt respond to my cry for help through sick-calls & Cop-Outs & face to face incounters intell finally 4-5-2021 as I stated above. Rendering Cruel and unoisal punishment medical care, Medical care negligence, Medical mal-pratice, and deliberate indifferences by failing to evaluate me in 72 hrs, give me pain medicine, and remove my stitches from face, body & staples from head in a timely manner order by Doctor & Medical clinical pratice guidlines. I will like $300,000 & Medical Officals involved to be punish for nigglecting their duties

7-14-2021    Shannon Thomas
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED JUL 28 2021 REGIONAL COUNSEL'S OFFICE-SERO BUREAU OF PRISONS

_____ DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE

REGIONAL DIRECTOR
CASE NUMBER: 1089794-R1

**Part C - RECEIPT**
CASE NUMBER: _____

Return to: _____
   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____ DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN    BP-230(13) JUNE 2002

Exhibit D

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 18, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO   : SHANNON R THOMAS, 31344-045
       COLEMAN I USP    UNT: E/F    QTR: E01-121U
       P.O. BOX 1023
       COLEMAN,  FL 33521          HO1-112u

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1082706-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : NOVEMBER 22, 2021
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       : REQUESTS FOR MONETARY COMPENSATION
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 3: SEE REMARKS.

REMARKS         : IF STAFF PROVIDE A MEMO STATING THE LATE FILING WAS
                  NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
                  ORIGINAL REJECTION.

COP B

RCVD FEB 22 '22

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Exhibit D

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Thomas, Shannon, R    31344-045    E unit    FCC USP #2 P.O.BOX 1033, Coleman, FL 33521
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I am submitting this Central Office Administrative Remedy Appeal claiming that Health Services employees violated my Eighth Amendment right by acting with "deliberate indifference" to my serious medical needs. An investigation into this matter would reveal that I informally submitted sick calls requests post dated from the day I got out of hosipital copouts was submitted from 12-11-2020, 12-14, 2021/12-15-2021, 12-17, 18, 20, 22, 23, 24, 31-2021 & from 1-1, 4, 6, 7, 8, 10-2021 were never acted on by any ~~officials and~~ to physcians & nurses to no Avail for removal of staples and stitches in my body & head and medications to treat headaches and Antibiotics to treat bacteria infections I cry-out in general population from 1-12-2021 to family 4-05-2021 ~~record~~ only reason being I had a appointment to meet my physican Mr. Lee who I complain to in he did remove the staples from head four months later. he did not still conduct follow up treatment to asses my injury (see, Attachment - Continuation Pages ~~number~~ 1 & 2)

10-28-2021
DATE

Shannon Thomas
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

NOV 22 2021

Administrative Remedy Section
Federal Bureau of Prisons

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 1082706-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

Exhibit D
Attachment 2

11-1-2021

The reason why my Regional Appeal & Central Appeal is on timely, is because I experienced difficulty obtaining Gain forms from E-unit counselor and the lockdowns prevented me from purchasing postage stamps from commissery My demands was not met. Medical failed to properly treat my injuries and as a resolute I recive headachs and my head got infected and kept bleeding off and on leaking out plus. Medical Officials failed to respond to my sickcalls & call-outs over a four month time spand from 12-11-2020 day after I got release from hospital to 4-5-2021 And I Panilly got seen only cause I had an call-out to see my physican Mr. Dr. Lee who took on an extra tase by taking out my staples out my head, my stitchs fell out do to washing up I'm guessing. Prison Medicals Officals Kelp telling me while I wasin the SHU that they are aware of my situation & they will get around to it. All is documented on my Calender with names of who I spoke to & gave my medical request to and its documented by camera footage from SHU from 12-11-2020 to my release from SHU on 1-11-2021. And from 1-12-2021 they "Prison Medicals Officals" didnt respond & kept saying they will get around to it they "Prison medicals Officals didnt respond to my cry for help through sick calls, cop-out,& Face to face incounters intll Panilly 4-5-2021 as I stated above. Rendering Crue and unvisal punishment, Medical care, Medical care negligence, Medical Mal-practice, and deliberate indifferences by failing to evaluate me in 72 hrs, give me pain medicine, and remove my stitchs from face, body, & staples from head in a timely manner order by Doctor & Medical Clinical Pratice Guidlines. I will like $300,000 & Medical Officals involed to be punish to to the full extent for neaglecting thier duties.